UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY WILLIAM KESSLER,<br>　　　　　Plaintiff,<br>　　v.<br>J. REY, et al.,<br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 15-1120 NC (PR)<br>**ORDER OF TRANSFER** |

　　　Plaintiff has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at Deuel Vocational Institution in Tracy, California. Deuel Vocational Institution is located in San Joaquin County, within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

　　　IT IS SO ORDERED.

DATED:　March 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge